UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                     **MEMORANDUM**

        -against-

                                                7:22-cr-00405-VB-1

Pedro Vasquez
        Defendant.

------------------------------------------------------------X

TO: <u>Hon., United States District Judge Vincent Briccetti:</u>

      Please find attached a transcript of the <u>July 26, 2022</u> plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: August 1, 2022
       White Plains, New York

                                                          Respectfully Submitted,

                                                          s/ Paul E. Davison

                                                          _____
                                                          PAUL E. DAVISON
                                                          United States Magistrate Judge