```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
        -against-                  :               22 CR 405-J (VB)
                                   :
Pedro Vasquez                      :
                Defendant.         :
-----------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/22

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the guilty plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated 7-26-22, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated August 8, 2022
White Plains, NY

SO ORDERED.

_____
Vincent L. Briccetti
United States District Judge