# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 6, 2022

The Honorable Vincent L. Briccetti
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Pedro Vasquez**
    **22 Cr 405 (VB)**

---

**APPLICATION GRANTED**
Bail conditions modified to permit defendant to travel to Plantation and Miami, FL, from 10/13/2022 to 10/16/2022. Defendant shall provide detailed itinerary to his Pretrial Services Officer.
SO ORDERED:

*Vincent Briccetti*
Vincent L. Briccetti, U.S.D.J. 9/7/2022

---

Dear Honorable Briccetti:

I am writing to ask that Your Honor please temporarily modify the terms of Mr. Vasquez's release to allow him to travel to Florida in October for a family vacation. The purpose of this proposed trip is to celebrate Mr. Vasquez's engagement and to allow him to meet his future wife's family members, some of whom Mr. Vasquez has not yet met. If approved, Mr. Vasquez would fly to Miami on October 13, 2022 and would return to New York on October 16, 2022. While in Florida, Mr. Vasquez would stay at a hotel in Plantation, Florida and would occasionally travel to Miami during the vacation.

I have communicated with A.U.S.A. Josiah Pertz and he indicated that he takes no position and instead "defer[s] to Officer Jackson and Pretrial." I have communicated with Pretrial Officer Dominique Jackson, and she indicates that "Pretrial Services has no position on the defendant's travel as long as court approval is given."

Under these circumstances, I ask that Your Honor approve this temporary modification so that travel arrangements can be made for this vacation.

Thank you for your consideration of this request.

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

cc: A.U.S.A Josiah Pertz
    Pretrial Officer Dominique Jackson