# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**APPLICATION GRANTED
SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 10/18/22
White Plains, NY

Sentencing adjourned to 12/16/22 at 11:00 a.m. Defendant's submission due 12/2/22. Government's submission due 12/9/22.

October 17, 2022

The Honorable Vincent L. Briccetti
District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York   10601

Re:   United States v. Pedro Vasquez, 22 Cr. 405 (VB)

Dear Honorable Briccetti:

I am writing to ask for a short postponement of Pedro Vasquez's sentencing, which is currently scheduled for October 31, 2022. This is my first time asking that Mr. Vasquez's sentencing be delayed. I am making this request for two reasons. First, the additional time will allow me to secure additional mitigation material that is relevant under 18 U.S.C. § 3553(a). Second, I am requesting this adjournment to allow me to review the final pre-sentence report with Mr. Vasquez <u>prior</u> to submitting my sentencing memorandum. Under the current schedule, my sentencing submission is due on today, but the final pre-sentence report has not yet been completed. Alternatively, if Your Honor would prefer to keep the October 31, 2022, sentencing date, I ask for permission to file my sentencing submission on October 21, 2022.

I have spoken to AUSA Josiah Pertz and he does not object to this request.

In terms of scheduling, if possible, I ask that this be adjourned to the week of November 28th or the first week of December. I ask that Your Honor please avoid the week of November 21, 2022.

Thank you for your consideration.

Sincerely,

/s

Benjamin Gold

cc:   AUSA Josiah Pertz