# Federal Defenders
## OF NEW YORK, INC.

*Southern District of New York*
300 Quarropas Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 12, 2023

The Honorable Vincent L. Briccetti
District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York   10601

   Re:   United States v. Pedro Vasquez, 22 Cr. 405 (VB)

Dear Honorable Briccetti:

   I am writing in relation to Pedro Vasquez, who was sentenced to time served, six-months of location monitoring, and three-years of post release supervision on December 16, 2022.  At Mr. Vasquez's sentencing, I neglected to ask that the Court authorize Pretrial Services to return Mr. Vasquez's passport to Mr. Vasquez.[1]  I have communicated with Pretrial Services and Pretrial informed me that they can only release Mr. Vasquez's passport pursuant to a Court order.  Thus, I respectfully request that Your Honor order the release of Mr. Vasquez's passport.

   Thank you for your consideration.

Sincerely,

/s

Benjamin Gold

cc:   AUSA Josiah Pertz

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 1/12/2023
White Plains, NY

---

[1] Mr. Vasquez had surrendered his passport on following his arrest in January, 2022.